UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:19-cv-00223

| | |
|---|---|
| DEITRICH GOODSON and JACQUELINE GOODSON, <br><br> Plaintiffs, <br><br> v. <br><br> LEO'S EXPRESS LOGISTICS, LLC and LEONID POPOV <br><br> Defendants. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

NOW COME Defendants Leo's Express LLC d/b/a Leo's Express Logistics, LLC and Leonid Popov (hereinafter, "Defendants"), by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7.1, and moves this Court for an Order extending the time allowed in which to move, serve an Answer or otherwise plead to Plaintiffs' Complaint.

In support of this Motion, Defendants state as follows:

1. On June 11, 2019, Plaintiff served a summons and complaint on Defendants, as reflected in the Affidavits of Service filed with the Court. [DE #5-6]

2. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendants' answers or other responsive pleadings are due to be served no later than July 2, 2019. Thus, the time has not yet expired for Defendant to move, serve an answer or otherwise plead to Plaintiffs' complaint.

3. There is information which needs to be reviewed before the undersigned will be in a position to adequately prepare and serve responsive pleadings. Defendants therefore request

a thirty (30) day extension of time to move, serve an answer, or otherwise plead to Plaintiffs' complaint, up to and including August 1, 2019.

4. This Motion is filed in good faith for the reasons stated and not for purposes of delay.

5. Defendants file this request without waiving any defenses to the claims asserted by Plaintiffs, whether substantive, procedural or otherwise, or conceding that Plaintiffs have alleged claims upon which relief may be granted. Defendants specifically reserve all their defenses pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

**WHEREFORE**, Defendants Leo's Express LLC d/b/a Leo's Express Logistics, LLC and Leonid Popov respectfully requests that their motion for an enlargement of time to serve to move, serve an answer, or otherwise plead be granted, and that defendants be allowed up to and including August 1, 2019, to move, serve an answer, or otherwise plead to Plaintiffs' complaint.

This, the 25th day of June, 2019.

**/s/ Eric Spengler**
Eric Spengler
N.C. State Bar. No. 47165
SPENGLER & AGANS PLLC
352 N. Caswell Road
Charlotte, NC 28204
eric@spengleraganslaw.com
(704) 910-5469 (phone)
(704) 730-7861 (fax)

*Attorney for Defendants*
*Leo's Express LLC d/b/a Leo's*
*Express Logistics, LLC and Leonid*
*Popov*