# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-223-FDW-DCK

| | |
|---|---|
| **DEITRICH GOODSON** and **JACQUELINE GOODSON**, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**LEO'S EXPRESS LOGISTICS, LLC** and **LEONID POPOV**, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER BEFORE THE COURT** on "Defendants' Motion For Extension Of Time" (Document No. 8) filed June 25, 2019. This matter has been referred to the undersigned Magistrate Judge pursuant to 28U.S.C §636(b) and immediate review is appropriate. Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant the motion, with modification.

This matter is governed by the "Standing Order Governing Civil Case Management Before the Honorable Judge Frank D. Whitney." (3:07-MC-047-FDW, Document No. 2). As such the "Initial Scheduling Order," issued in this case on May 10, 2019, provides in pertinent part:

> Extensions of time to serve pleadings shall not be granted except by leave of court for good cause shown (consent of opposing counsel alone is not sufficient). **Absent extraordinary circumstances, no party shall receive more than one extension of time to serve a pleading,** with any such extension being **no more than twenty (20) days in duration.**

(3:07-MC-047-FDW, Document No. 2) (emphasis added).

Although the pending motion does not strictly comply with Judge Whitney's requirements, in this instance the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion For Extension Of Time" (Document No. 8) is **GRANTED with modification**. Defendants shall have up to and including **July 22, 2019** to answer or otherwise respond to Plaintiffs' Complaint.

Signed: June 26, 2019

David C. Keesler
United States Magistrate Judge